Elissa D. Miller
Chapter 7 Trustee
333 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 626-2311
emiller@sulmeyerlaw.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HERTZ, JOHN EDWARD and<br>HERTZ, DIANE GAMROTH<br><br>Debtors. | CASE NO. 2:15-bk-12813-DS<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF DKT. NOS. 554 AND 555 RE TRUSTEE'S FINAL REPORT (TFR) AND NOTICE OF TRUSTEE'S FINAL REPORT (NFR)**<br><br>Hearing Date: June 2, 2020<br>Hearing Time: 1:30 p.m. |

The Chapter 7 Trustee hereby withdraws her "Trustee's Final Report (TFR)" filed on April 30, 2020 docket no. 554 and "Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)" filed on April 30, 2020 docket no. 555. The Chapter 7 Trustee has prepared an amended TFR in response to the filing of claim no. 28 which has been determined to be an allowed general unsecured tardy claim.

DATED:  May 11, 2020          */s/ Elissa D. Miller*
                              Elissa D. Miller

LVC 2688629V1 5/11/2020 (3:41 PM)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  WITHDRAWAL OF DKT NOS. 554 AND 555  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 11, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ernard D Bollinger     bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
John H Conrad     jconrad@gglts.com
Thomas N FitzGibbon     tom@apexlaw.com, 8480579420@filings.docketbird.com
Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
Stanley E Goldich     sgoldich@pszjlaw.com
Brian Matthew Grossman     bgrossman@trgllp.com, bmg@bgrolaw.com;eantoniou@trgllp.com;mvera@trgllp.com
Stella A Havkin     stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Edward A Hoffman     eah@hoffmanlaw.com
Gregory K Jones     GJones@dykema.com, cacossano@dykema.com;DocketLA@dykema.com
Kenneth G Lau     kenneth.g.lau@usdoj.gov
Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
Stephen A Madoni     stevemadoni@aol.com, nathally@madonilaw.com
Elissa Miller (TR)     CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
Anthony J Napolitano     anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Sheryl D Noel     snoel@ch-law.com, kimburgia@ch-law.com
Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Hatty K Yip     hatty.yip@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On  May 11, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Deborah J. Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 11, 2020 | Lupe V. Cortez | */s/ Lupe Cortez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**